UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  STEVEN WAYNE BONILLA | No. 2:23-cv-02078-TLN-KJN |
| | No. 2:23-cv-02079-TLN-KJN |
| | No. 2:23-cv-02080-TLN-KJN |
| | No. 2:23-cv-02081-TLN-KJN |
| | No. 2:23-cv-02082-TLN-KJN |
| | No. 2:23-cv-02103-TLN-KJN |
| | No. 2:23-cv-02104-TLN-KJN |
| | No. 2:23-cv-02105-TLN-KJN |
| | No. 2:23-cv-02106-TLN-KJN |
| | No. 2:23-cv-02107-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1   13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2   the Court to open a new case for each attempted new case pleading and assign it to Magistrate
3   Judge Kendall J. Newman for review. (*Id.* at ECF No. 26). If the Court determines the new filing
4   is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed
5   and closed. (*Id.*)

6   The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7   finds they are related to Plaintiff's Alameda County criminal conviction.

8   Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02078, 2:23-cv-02079, 2:23-
9   cv-02080, 2:23-cv-02081, 2:23-cv-02082, 2:23-cv-02103, 2:23-cv-02104, 2:23-cv-02105, 2:23-
10  cv-02106 and 2:23-cv-02107 are hereby DISMISSED. The Clerk of the Court is directed to close
11  these cases. No further filings will be accepted.

12  IT IS SO ORDERED.

13  DATED: November 16, 2023

Troy L. Nunley
United States District Judge